**2017–0843.  State ex rel. Miller v. Rapp.**
In Mandamus and Prohibition. On respondents' motions to dismiss. Motions granted. On relator's response to strike or deny motion or set oral argument and relator's emergency motion to access property. Motions denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0845.  Davis v. Scott.**
In Habeas Corpus. Sua sponte, cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0848.  Gerald v. State.**
In Habeas Corpus. Sua sponte, cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0851.  In re Ala El.**
In Quo Warranto. On S.Ct.Prac.R. 12.04 determination. Cause dimissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0880.  State ex rel. Electronic Classroom of Tomorrow v. State Bd. of Edn.**
In Mandamus and Prohibition. On respondents' motion to dismiss amended complaint. Motion granted. Cause dismissed.
O'CONNOR, C.J., and KENNEDY, GWIN, O'NEILL, FISCHER, and DEWINE, JJ., concur.
O'DONNELL, J., dissents, and would grant an alternative writ.
W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for FRENCH, J.

**2011–0857.  State v. Obermiller.**
Cuyahoga C.P. No. CR542119. On appellant's application for reopening pursuant to S.Ct.Prac.R. 11.06. Application denied.
O'NEILL, J., dissents.

**2015–1480.  State v. Bailey.**
Hamilton App. No. C–140129, 2015-Ohio-2997. On appellant's motion to vacate void judgment. Motion denied.
FISCHER, J., not participating.

**2016–0696.  State v. Apanovitch.**
Cuyahoga App. Nos. 102618 and 102698, 2016-Ohio-2831. On appellant's motion for stay. Motion denied.
O'DONNELL and KENNEDY, JJ., dissent.

**2016–1553.  NRG Power Midwest, L.P. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–874 and 2015–890. On appellant/cross-appellee's motions to strike. Motions denied.

**2017–0204.  In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 08–1094–EL–SSO, 08–1095–EL–ATA, 08–1096–EL–AAM, and 08–1097–EL–UNC. On appellant Office of the Ohio Consumers' Counsel's motion for stay. Motion denied.
O'NEILL, J., dissents.

**2017–0367.  State ex rel. Matthews v. Haviland.**
Allen App. No. 1–16–54. On appellant's motion for leave to reinstate appeal. Motion denied.
KENNEDY, O'NEILL, and FISCHER, JJ., dissent.

**2017–0436.  In re Complaint of Harris Design Servs. v. Columbia Gas of Ohio, Inc.**
Public Utilities Commission, No. 15–405–GA–CSS. On appellee's motion to dismiss. Motion denied. On intervening appellee's motion to dismiss. Motion denied.